**Order filed August 10, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00271-CV

———————

## KENNETH L. SUGG, JR. AND MARINA F. CASTILLO SUGG, Appellants

## V.

## LAKEISHA  RANDLE, Appellee

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 321010269**

---

## O R D E R

No reporter's record has been filed in this case.  The official court reporter for the 269th District Court informed this court that appellants had not requested the reporter's record be prepared. On June 14, 2021, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof the record has been requested and payment arrangements for the record have been made.  *See* Tex. R. App. P. 37.3(c).  Appellant filed no reply.

Unless appellant provides this court with proof the record has been requested and payment arrangements have been made, appellants' brief will be set due when the clerk's record is filed, and we will consider and decide those issues that do not require a reporter's record.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justice Hassan and Poissant.